This is a social security case, and I'm here to be the correspondent that brings to you the five steps in the evaluation process of social security civility. And we're very pleased to have you. Definitely we understand that you're a veteran, and all the ALJ is doing is trying to help you survive. This case is an example of some of the stuff that has occurred in the past. We've seen a lot of reports from people working in some severe medical areas, where security guards have been threatening them, and some of the people inside have not been seen. And I don't know if you've ever been in a situation like that. You've got a judge sitting on a social worker, and he doesn't even know that they're talking to somebody. So, you're not being heard at all, right? You don't talk to somebody, and he doesn't know he's talking to somebody. He doesn't know you, and he doesn't know you, and he doesn't know how to accept this work. And he doesn't see you, and he doesn't see you, and he doesn't see what you've been through, and he doesn't know the situation you're in. I'm just a social worker, too. I don't want to help the clients. I'm just trying to help people survive. I don't want to be threatened. I just don't want to be threatened. I just don't want to be threatened. That's right. It is stressful. You go back and you do what I'm saying. It is stressful. So, we accept your legal argument, as you said. The main vehicle of crisis is not just your agency. It is the agency. And we accept your argument about all of the cases. I'm still not sure how that all should work. Yes, it's difficult. Yeah, I'm thinking here because it's difficult. If you buy all the insurance, you're in a position to ask questions. And you answer all the questions. You're also aware that previously there was alternative to the first legal strategy. I'm having trouble figuring out why the agency couldn't reach out to the ITR and say, you see, the client's in some way, and you can't conclude on the basis that you're going to do work and you need to negotiate with the company. The company's trying to resist. So, help me, help me with this. I assume your legal theory is right. Where is the problem? I can't really tell what breaks it, but I'm pretty sure it's your response to the agency's decisions. So, I'm going to walk you through the argument. So, this is basically what you're going to find. You're going to find that the agency has a step-by mechanism. And you're going to find that the agency, based on what you've talked about, has a step-by mechanism, which is not supported by succession patents. So, these, again, are what the problem is. He does. How can you say that's fine? It is. It makes sense. So, we've already mentioned that some of these are hard decisions. The focus is on the overall importance of the policy. So, look wherever it is. Because in lots of cases, it's used as a support. You respect that. But as soon as a step-by mechanism is introduced, who does it? The agency has to assess both on the technical business and otherwise comply with the policy. So, for example, the previous remand law, it is a general remand that says, if an actual authority has to request to comply with the law, there is a reason. There's a reason. There's a reason. So, I think one of the options would be, if there's an authority that appraised you, there's something like that. However, if that's the case, there's a chance it's going to be a law and you should comply with it. I think you have to look at it from the start, the entire work. Because there's not much that you have to step forward. Just know about it. Because we've been through this process. And I think part of the reason you step up is because you know about the HR side of things. You know what I'm talking about. You just have to deal with some of the stuff that's been done by an agency or an agency as part of the process. And so, you have to step forward and say, you're saying this is going to be an introductory process for me. Well, let's simplify this, of course, and figure out what we're going to do. But anything that the agency did, that was consistent. It was consistent. It was consistent. And then the agency was told to keep this in the process. So, everyone, it was job. What was the agency going to do? What jobs were they going to put you in? There's probably another one. That's what's right. And you found it. You're going to be in some company next year. So, that's part of it. And those two things are important. Because she didn't ask, oh, if you're going to do this work, is there other work? No, there's not. She just said, you can't go back to the previous work. But if you're talking about the main basics, then the AOG must be asked about other work. Once, have you redone the RFCs, and which you can use for this work? It's called semantic sense. You should have chosen to simplify the answer to several questions. Here's the question. Simplify or change? So, you're saying she's indeed doing it, and not doing it. That's what you're saying. Your position is that the AOG could not determine that she was able to do this job and that she was not able to do that. Because having previously determined that she could not communicate these things to the AOG's leadership in the system. That's right. That's right, sir. That's right. We're talking about your agency. All right. We're going to have to do that again. Nobody's going to stop. And, of course, it's not about you. That's the main thing. That's the second thing. That's the step up. Do we want the AOG to be basically necessary to work with itself? If she wants to work with one AOG, do you need a new RFC? Or do we need to switch to the other? She's supposed to be the head of the organization for this work. Yes, this is a good question. Yes. Are there other jobs that you can do in addition to the primaries of that institution? So, for instance, for an employee, in case of instance, she's not in her space. By the way, we can do that for all of those institutions that are quite spacious and boring. And, in fact, it's the same job requiring 25%, 30% of the time is to communicate. That's right. In case of personal employment, it's not a situation where you can't do that. What happens was, as you're born, and we're all born in the same way, or as you were born in the first year, in the second, all the jobs that you already are are going to be assigned to all the jobs. So, for instance, if you're in the second year, in the first year, in the second year, you're assigned to all the same jobs. So, for instance, if you're in the third year, you are assigned to all the same jobs. What about that? Well, at the early stages, you add your mates, etc., etc. But, what I'm trying to say is, there is access to money that wasn't put into the money on your last year or in the last 40 centuries,  or 60, 70, 100 years You need access to money, but to start a business, essentially, is to work here. I'll call to advice from you, that if you can start and have success, whereas in the past, you had to return to your job otherwise you didn't work, as is generally the case. Just a simple question. Yes. Thank you. I have a question for you. You have just a wonderful job, and you have a wonderful career, and a wonderful education, and a wonderful job, so I'm interested in your thoughts on the ability to invest, and to invest in a normal way to start a business, and to have success in that field, but then, you have a very complicated job and it's very difficult to support, and it's not necessary to work or to make a lot of money, and it's not necessary to make a lot of money. It was, we've often been hearing, as you said, a lot of questions, or a lot of people have asked that questions, and you're one of them, and you've always been there, and you've always answered some of those questions. I mean, you gave a bunch of responses, and you've probably given a ton of solutions to all of those questions, and I'm sorry, but can you each take me on? I think we all did. I think you should be able to say a little bit about what you were talking about. I mean, there's a whole bunch of questions. I said, I don't know if any of you saw, but there was a whole bunch of questions, and it's not, it's not me. I can't answer all of them. I'll say it in other words, and then we'll get back to reach, to only determine what the truth of your life is, and you can tell us other things that are going on in your life, but the truth of your life is that you're going to have to continue to look at the evidence that you've heard. You can't go back and do stuff more, because that's a problem that's there, and it's necessary to do research in order to save that problem. So, that's a good question. So, can you tell me otherwise what you want to do in your research? How about that? I mean, you know, you've got these horrible things that happen in your work, and you just use more evidence. If you've got a process that's consistent with the whole order, you can use that evidence to do research in order to find the truth of your life.  you're just using more evidence in order to find the truth of your life. So, I'll say that's a good question. Yeah. Okay.   otherwise what you want to do in your research? How about that? I mean, you've got these horrible things that happen in your work, and you just use more evidence    of your life. So,     in your research?     that happen   more evidence in order to find the truth of your life. So, otherwise what you want to do in your research? How about that? I mean, you've got these horrible things that happen in your research.  what you want to do in your research is to store   to find the truth of your life. So, what you want to do in your research is to store evidence in order to protect   the threat that you face. So,   store evidence in order to protect yourself from the threat that you face. So, what you want
judges: Tashima, Tallman, Hurwitz